

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Adolfo OCHOA-Llamas, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '21 MJ0263 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) and (v)(II) <br> Bringing in Alien(s) <br> Without Presentation (Felony) |

The undersigned complainant being duly sworn states:

On or about January 21, 2021, within the Southern District of California, defendant, Adolfo OCHOA-Llamas, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States aliens, namely, Aenali ROBLERO-Lopez, Alexis Alejandro-ALEJANDRO, and Briseyda Magdolina VELAZQUEZ-Lopez, knowing that said persons were aliens, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 22nd of January 2021.

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Aenali ROBLERO-Lopez, Alexis ALEJANDRO-Alejandro and Briseyda Magdolina VELAZQUEZ-Lopez are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 21, 2021, at approximately 6:05 A.M, Adolfo OCHOA-Llamas (Defendant), attempted to gain entry, serving as a foot guide, into the United States (US) from Mexico at the Otay Mesa Cargo Facility, California Port of Entry by eluding inspection via a designated construction zone. Defendant was one of four individuals observed in the construction zone. CBP Officers gave chase and discovered Defendant hiding in a ditch and observed the three other individuals running back towards the border fence. Defendant and the three individuals were apprehended and escorted to a secondary office for further inspection. The three individuals were later identified as Aenali ROBLERO-Lopez (MW1), Alexis ALEJANDRO-Alejandro (MW2) and Briseyda Magnolia VELAZQUEZ-Lopez (MW3).

In the secondary office, Defendant and the three Material Witnesses were identified as citizens of Mexico without lawful documents to enter the United States.

At approximately 10:07 A.M, Defendant was advised of his Miranda rights and elected to give a statement without the benefit of counsel. Defendant admitted to being the foot guide of the three material witnesses that were apprehended with him. Defendant admitted he was going to guide the Material Witnesses to a 7/11 convenience store located across the street from the Cargo Facility. Defendant admitted to being the foot guide in fifteen (15) previous successful alien smuggling acts through the Otay Mesa Cargo Facility. Defendant claimed he was forced to smuggle by a Mexican Cartel. Defendant admitted he is a Mexican Citizen without lawful documents to enter or reside in the United States. Defendant admitted to being previously removed from the United States and stated he has not received permission to re-enter the United States.

Continuation of Probable Cause Statement
RE: Adolfo OCHOA-Llamas (Defendant)

MW1 admitted to being a citizen of Mexico, with no legal documents to enter the United States. MW1 admitted to personally making the smuggling arrangements for him and his wife, MW3, to be unlawfully smuggled into the United States for a total agreed smuggling payment of $300,000 Mexican Pesos and an advanced payment of $26,000 Mexican Pesos to the human smuggling facilitators. MW1 admitted to a final destination to the state of Alabama to unlawfully reside and seek employment.

MW2 admitted to being a citizen of Mexico, with no legal documents to enter the United States. MW2 admitted to personally making the smuggling arrangements for him to be unlawfully smuggled into the United States for a total agreed smuggling payment of $7,000 US Dollars to the human smuggling facilitators. MW2 admitted to a final destination of Los Angeles, California to unlawfully reside and seek employment.

MW3 admitted to being a citizen of Mexico, with no legal documents to enter the United States. MW3 admitted her husband, MW1, making the smuggling arrangements for her and him to be unlawfully smuggled into the United States for a total agreed smuggling payment of $300,000 Mexican Pesos and an advanced payment of $26,000 Mexican Pesos to the human smuggling facilitators. MW3 admitted to a final destination to the state of Alabama to unlawfully reside and seek employment.